THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Case No. 4:09-cv-189-FL

| THE MAINSTREET COLLECTION, INC. | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER SEALING EXHIBIT C TO |
| v. | ) | KIRKLAND'S MEMORANDUM IN |
| | ) | OPPOSITION TO MAINSTREET'S |
| KIRKLAND'S, INC., KIRKLAND'S STORES, INC., and KIRKLAND'S.COM, INC., | ) | MOTION TO COMPEL |
| | ) | |
| Defendants. | ) | |

i

THIS MATTER having been brought before the Court, in accordance with the Consent Protective Order and Section T of the Court's Electronic Case Filing Administrative Policies and Procedures Manual, by Kirkland's, Inc., Kirkland's Stores, Inc., and Kirkland's.com, Inc., to seal Exhibit C to Kirkland's Memorandum in Opposition to The Mainstreet Collection, Inc.'s ("Mainstreet") Motion to Compel dated May 17, 2010, and the Court having found that: (1) Kirkland's has requested that the Court seal Exhibit C; (2) the request to seal material attached to a discovery-related motion overcomes the common law presumption of access; (3) the specific qualities of the material, i.e., the identification of specific vendors for specific products and the disclosed sales information, justify sealing such material, taking into account the balance of competing interests in access; (4) alternatives to sealing are inadequate; and (5) Mainstreet consents to this motion; and the Court having considered all other facts and circumstances, and for good cause shown,

IT IS ORDERED that Kirkland's Motion to Seal Exhibit C to Kirkland's Memorandum in Opposition to Mainstreet's Motion to Compel is GRANTED.

This \_\_21\_\_ day of \_\_June\_\_, 2010.

_____
THE HONORABLE LOUISE W. FLANAGAN
Chief United States District Court Judge

2