IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:09-CV-189-FL

| | | |
|---|---|---|
| THE MAINSTREET COLLECTION, INC., | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | ORDER |
| KIRKLAND'S, INC.; KIRKLAND'S STORES, INC.; and KIRKLANDS.COM, INC., | ) ) ) ) ) | |
| Defendants. | ) | |

This matter comes now before the court upon plaintiff's motion to compel (DE # 84); defendants' motion to compel (DE # 86); plaintiff's motion to lower confidentiality designations (DE # 96); and the parties' joint motion for court-hosted settlement conference (DE # 116).

On March 18, 2010, the court amended the case management order. By said order, the court directed discovery disputes be memorialized in motion and provided that such motions would be referred to a magistrate judge for decision.[*] In accordance with that order, plaintiff's motion to compel (DE # 84), defendants' motion to compel (DE # 86), and plaintiff's motion to lower confidentiality designations (DE # 96) are REFERRED for decision to Magistrate Judge William A. Webb.

Also before the court is the parties' joint motion for court-hosted settlement conference. Without more, said motion is GRANTED (DE # 116) and this matter is REFERRED to Magistrate

---

[*]The court amends that part of its March 18, 2010, order wherein it named a specific magistrate judge for referral.

Judge David W. Daniel for court-hosted settlement conference at a mutually agreeable date and location on or before November 2, 2010.

SO ORDERED, this the 8th day of June, 2010.

LOUISE W. FLANAGAN
Chief United States District Judge

2