THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
4:09-cv-189-FL

| THE MAINSTREET COLLECTION, INC., | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |
|  | ) |  |
| KIRKLAND'S, INC., KIRKLAND'S STORES, INC., and KIRKLANDS.COM, INC., | ) |  |
|  | ) |  |
| Defendants. | ) |  |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated and agreed by and between Plaintiff The Mainstreet Collection, Inc., and Defendants Kirkland's, Inc., Kirkland's Stores, Inc., and Kirklands.com, Inc., through their undersigned counsel, as follows:

1. All claims and counterclaims asserted in this action should be and hereby are dismissed with prejudice.

2. Each party will bear its own costs and expenses, including any and all attorneys' fees.

Dated: December __, 2010

**COATS & BENNETT, PLLC**

By: /s/ *Anthony J. Biller*
    N.C. State Bar No.: 24,117
    abiller@coatsandbennett.com
    Emily M. Haas
    N.C. State Bar No: 39,716
    ehaas@coatsandbennett.com
    1400 Crescent Green, Suite 300
    Cary, NC 27518
    Telephone: (919) 854-1844

**PARKER POE ADAMS & BERNSTEIN LLP**

By: /s/ *Melanie Black Dubis*
    N.C. State Bar No. 22,027
    melaniedubis@parkerpoe.com
    Cynthia L. Wittmer
    N.C. State Bar No.10098
    cindywittmer@parkerpoe.com
    PO Box 389
    Raleigh, NC 27602
    Telephone: (919) 828-0564

Facsimile: (919) 854-2084
*Attorneys for Plaintiff The Mainstreet Collection, Inc.*

Facsimile: (919) 834-4564
*Local Rule 83.1 Counsel*

**FROMMER LAWRENCE & HAUG LLP**
Edgar H. Haug
ehaug@flhlaw.com
Grace L. Pan
gpan@flhlaw.com
745 Fifth Ave.
New York, NY 10151
Telephone: (212) 588-0800
Facsimile: (212) 588-0500

*Attorneys for Defendants Kirkland's, Inc., Kirkland's Stores, Inc., and Kirklands.com, Inc.*

SO ORDERED

Dated: 12-1-10

_____
THE HON. LOUISE W. FLANAGAN

CHIEF UNITED STATES DISTRICT COURT JUDGE